JAcie Lee Goudlock JR.
(Name)
RJ Donovan State Prison Po Box 799005- FS-22-142L
(Address)
SAN Diego CA 92179
(City, State, Zip)
P-34125
(CDC Inmate No.)

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓ Prose ___

FILED
FEB - 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# United States District Court
## Southern District of California

Jacie Lee Goudlock JR,
(Enter full name of plaintiff in this action.)

Plaintiff,

v.

CHIEF DEPUTY WARDEN GARCIA, Silvia H.,
WARDEN Hernandez Robert,
"ET"
ALL,
(Enter full name of each defendant in this action.)

Defendant(s).

'08 CV 0204 BEN RBB
Civil Case No. ___
(To be supplied by Court Clerk)

Complaint under the Civil Rights Act 42 U.S.C. § 1983

**A. Jurisdiction**

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

___

**B. Parties**

1. Plaintiff: This complaint alleges that the civil rights of Plaintiff, Jacie Lee Goudlock JR, (print Plaintiff's name) who presently resides at RJ Donovan State Prison P.O. Box 799005 FS-22-144L SAN Diego CA 92179 (mailing address or place of confinement), were violated by the actions of the below named individuals. The actions were directed against Plaintiff at RJ Donovan State Prison (institution/place where violation occurred) on (dates) 6/11/07 (Count 1), " " (Count 2), and 6-15-07 (Count 3)

2. Defendants: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant WARDEN Hernandez resides in SAN Diego,
(name) (County of residence)
and is employed as a WARDEN. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: Facility WARDEN

Defendant Associate WARDEN Garcia resides in SAN Diego,
(name) (County of residence)
and is employed as a Associate Warden. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: Facility Assistant /Associate WARDEN

Defendant C.O. Thompson resides in SAN Diego,
(name) (County of residence)
and is employed as a Correctional Officer. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: Correctional officer employed at RJ Donovan

Defendant Unknown resides in SAN Diego,
(name) (County of residence)
and is employed as a Correctional Officer. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: Correctional officer employed at RJ Donovan

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: Right to medical care / observance and adherence of medical chronos. (E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

See documentation / evidence.

(#1) Non adherence - application and enforcement of serious medical chronos violate these rights.

(#2) To continue for a period of days doing so enhances the negligence and blatant criminality of said actions

(#3) making plaintiff wait for medical attention after sustaining injuries violates these rights.

Count 2: The following civil right has been violated: Freedom from cruel and unusual punishment (E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

Please see enclosed evidence / documentation.

in addition:

(#1.) Non adherence / negligence re: medical chronos is cruel + unusual punishment

(#2.) Threats by staff of retaliation for filing complaints seeking remedy is cruel + unusual punishment.

Count 3: The following civil right has been violated: Right to Due process (E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

Contained in evidence

in addition: records and responses to administrative remedies clearly show that plaintiff was not interviewed nor consulted regarding any of the processes - thereby creating a lack of due process and bias for which CDCR planned to "gloss over" and cover its gross negligence in regards to its violation of rights. Please see documentation. PLAINTIFF ASKED FOR AND DID NOT RECEIVE a [illegible] of CITIZEN'S COMPLAINT 832.5. See DOCUMENTATION WHEN CDC BLACKS OUT REQUEST AT TOP OF APPEAL TO PREVENT THE GOVERNMENT INVESTIGATION OF STAFF MISCONDUCT.

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☒ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: ______________________

Defendants: ______________________

(b) Name of the court and docket number: ______________________

(c) Disposition: [ For example, was the case dismissed, appealed, or still pending?] ______________________

(d) Issues raised: ______________________

(e) Approximate date case was filed: ______________________.

(f) Approximate date of disposition: ______________________.

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☒ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

Inmate is in full compliance with all PLRA statutes having exhausted all three levels of administrative remedies, and additionally filed notices and complaints (submitted with evidence) to other quasi legal / governmental regulatory and reporting agencies regarding this incident.

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): From Not adhering to medical chronos Not only for self, but for all inmates to prevent this from happening again in the future placing the lives and health of inmates in jeopardy.
2. Damages in the sum of $ 770,000.00.
3. Punitive damages in the sum of $ 500,000.00.
4. Other: State provided medical care Because of Permanent Ciatic Nerve Damage to Right thigh.

**F. Demand for Jury Trial**

Plaintiff demands a trial by ☐ Jury ☒ Court. (Choose one.)

**G. Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

OR

☒ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

1-21-2008
Date

[signature]
Signature of Plaintiff

4 - copies

636813

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

DEPARTMENT OF CORRECTIONS

# HEALTH CARE SERVICES REQUEST FORM

**PART I: TO BE COMPLETED BY THE PATIENT**

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR: MEDICAL [X] MENTAL HEALTH ☐ DENTAL ☐ MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Gardlock | P-34125 | 3-220 |

| PATIENT SIGNATURE | DATE |
|---|---|
| [signature] | 6-15-07 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) Late last nite I fell aw of the top bunk injured my left side knee and a little toe area.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

**PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT**

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

**PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE**

**Date / Time Received:** 6/15/07 0908
**Received by:** [signature]
**Date / Time Reviewed by RN:**
**Reviewed by:**

Pain Scale: 1 2 3 4 5 6 7 8 9 10

S: As above

O: T: 96.7 P: 86 R: 18 BP: 132/84 WEIGHT: 380# 6'3"
Has small (L) toe lacerat… / avulsion injury

A: Alteration in skin integrity R/T (L) toe lac & foot trauma

P: to TTA for (L) foot injury eval / x-ray / tetanus

☐ See Nursing Encounter Form

E:

APPOINTMENT SCHEDULED AS: EMERGENCY (IMMEDIATELY) ☐ URGENT (WITHIN 24 HOURS) ☐ ROUTINE (WITHIN 14 CALENDAR DAYS) ☐

| REFERRED TO PCP: to TTA | DATE OF APPOINTMENT: |
|---|---|
| COMPLETED BY | NAME OF INSTITUTION: RJD CF |
| PRINT / STAMP NAME: [signature] SIGNATURE / TITLE: [signature] | DATE/TIME COMPLETED: 6/15/07 1340 |

CDC 7362 (Rev. 03/04) Original - Unit Health Record Yellow - Inmate (if copayment applicable) Pink - Inmate Trust Office (if copayment applicable) Gold - Inmate

664775

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

**PART I: TO BE COMPLETED BY THE PATIENT**

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR: MEDICAL ☒ MENTAL HEALTH ☐ DENTAL ☐ MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Gadlock | P-34125 | 22-238L |

| PATIENT SIGNATURE | DATE |
|---|---|
| [signature] | 9-5-07 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

URINARY PROBLUEM, LOWER BACK AND FOOT PAIN and Knee problems and NEED lay-in EXSTENDED

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

**PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT**

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

**PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE**

| **Date / Time Received:** | **Received by:** |
|---|---|
| **Date / Time Reviewed by RN:** | **Reviewed by:** |

S: Pain Scale: 1 2 3 4 5 6 7 8 9 10 (6 circled)

O: T: 97.3 P: 76 R: 20 BP: 137/90 WEIGHT: 340

A:

P:

☐ **See Nursing Encounter Form**

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|

| REFERRED TO PCP: | DATE OF APPOINTMENT: |
|---|---|
| COMPLETED BY | NAME OF INSTITUTION |

| PRINT / STAMP NAME | SIGNATURE / TITLE | DATE/TIME COMPLETED |
|---|---|---|
| | | |

**CDC 7362 (Rev. 03/04)** Original - Unit Health Record Yellow - Inmate (if copayment applicable) Pink - Inmate Trust Office (if copayment applicable) Gold - Inmate

STATE OF CALIFORNIA

## MEDICAL/DENTAL LAY-IN ORDER

| INMATE'S NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Jacie Goodlock | P 34125 | |

ABOVE SUBJECT MUST BE CONFINED TO BED FOR MEALS, MEDICATION, AND SICK CALL.

LAY-IN NUMBER

9/5 — 9/21/07

SIGNATURE OF M.D., R.N., M.T.A., D.D.S., R.D.A.

[signature]

C.C: WORK ASSIGNMENT SUPERVISOR
HOUSING UNIT

**CDC 7257 (Rev 6/97)**



STATE OF CALIFORNIA

## MEDICAL/DENTAL LAY-IN ORDER

| INMATE'S NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Goudlock - Jacie | P34125 | 5-22-238L |

~~ABOVE SUBJECT MUST BE CONFINED TO BED FOR MEALS, MEDICATION, AND SICK CALL.~~

LAY-IN NUMBER

# 248 Layin x 2d 7/10/07 + 7/11/07

SIGNATURE OF M.D., R.N., M.T.A., D.D.S., R.D.A.

[signature]

C.C: WORK ASSIGNMENT SUPERVISOR
HOUSING UNIT

**CDC 7257 (Rev 6/97)**

---

MEDICAL/DENTAL ...

| INMATE'S NAME | CDC NUMBER | HOUSING |
|---|---|---|
| JACIE Goudlock | P-34125 | |

ABOVE SUBJECT MUST BE CONFINED TO BED FOR MEALS, MEDICATION, AND SICK CALL.

LAY-IN NUMBER

'Layin From work 7/11/07 — 8/11/07

SIGNATURE OF M.D., R.N., M.T.A., D.D.S., R.D.A.

[signature]

C.C: WORK ASSIGNMENT SUPERVISOR
HOUSING UNIT

**CDC 7257 (Rev 6/97)**

---

STATE OF CALIFORNIA

## MEDICAL/DENTAL LAY-IN ORDER

| INMATE'S NAME | CDC NUMBER | HOUSING |
|---|---|---|
| JACIE Goudlock | P-34125 | |

ABOVE SUBJECT MUST BE CONFINED TO BED FOR MEALS, MEDICATION, AND SICK CALL.

LAY-IN NUMBER

8/8/07 to 8/18/07

SIGNATURE OF M.D., R.N., M.T.A., D.D.S., R.D.A.

[signature] 8/8/07

C.C: WORK ASSIGNMENT SUPERVISOR
HOUSING UNIT

**CDC 7257 (Rev 6/97)**

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

# EMERGENCY CARE FLOW SHEET

DATE: 8/20/07

TIME IN: 10:05 | TIME OUT: 1250

PATIENT NAME (LAST, FIRST): Goodlock, J

CDC NUMBER: P 34125

HOUSING: 22-238 L

DOB: 12-27-59

TIME OF INCIDENT: 0955

LOCATION OF INCIDENT: outside TTA

MODE OF ARRIVAL: Gourney

STAFF NAME (LAST, FIRST):

OCCUPATION:

SEX: M | AGE: 47 | DOB:

CHIEF COMPLAINT: "I FEEL DIZZY"

TB CODE: 22

DATE OF LAST TETANUS: Don't know

| MECHANISM OF INJURY | SKIN COLOR | SKIN TEMP | SKIN MOISTURE | CAPILLARY REFILL |
|---|---|---|---|---|
| ☐ STABBING | ☑ NORMAL | ☐ HOT | ☐ NORMAL | ☑ < 2 SECONDS |
| ☐ PHYSICAL ALTERCATION | ☐ PALE | ☑ WARM | ☑ DRY | ☐ > 2 SECONDS |
| ☐ GUNSHOT WOUND | ☐ ASHEN | ☐ COOL | ☐ MOIST | ☐ NONE |
| ☐ BURN | ☐ CYANOTIC | ☐ COLD | ☐ PROFUSE | |
| ☐ SPORTS INJURY | ☐ FLUSHED | | | |
| ☐ ON THE JOB INJURY | | | | |
| ☐ OTHER FALL | | | | |

## GLASCOW COMA SCALE

Time: 1010

| | | | | | | |
|---|---|---|---|---|---|---|
| EYE OPENING RESPONSE | SPONTANEOUS | (4) | 4 | 4 | 4 | 4 |
| | TO VOICE | 3 | 3 | 3 | 3 | 3 |
| | TO PAIN | 2 | 2 | 2 | 2 | 2 |
| | NONE | 1 | 1 | 1 | 1 | 1 |
| BEST VERBAL RESPONSE | ORIENTED | (5) | 5 | 5 | 5 | 5 |
| | CONFUSED | 4 | 4 | 4 | 4 | 4 |
| | INAPPROPRIATE WORDS | 3 | 3 | 3 | 3 | 3 |
| | INCOMPRESHENSIBLE SOUNDS | (2) | 2 | 2 | 2 | 2 |
| | NONE | 1 | 1 | 1 | 1 | 1 |
| BEST MOTOR RESPONSE | OBEYS COMMAND | 6 | 6 | 6 | 6 | 6 |
| | LOCALIZES PN. | (5) | 5 | 5 | 5 | 5 |
| | WITHDRAWS PN. | 4 | 4 | 4 | 4 | 4 |
| | FEXION PN. | 3 | 3 | 3 | 3 | 3 |
| | EXTENSION PN. | 2 | 2 | 2 | 2 | 2 |
| | NONE | 1 | 1 | 1 | 1 | 1 |

Total: 15

| LUNG SOUNDS RT | | LT | RESP. CHARACTER | EVIDENCE OF TRAUMA | |
|---|---|---|---|---|---|
| ☑ | CLEAR | ☑ | ☐ LABORED | ☐ CHEST | ☐ HEAD |
| ☐ | WHEEZES | ☐ | ☑ UNLABORED | ☐ ABDOMEN | ☐ NECK |
| ☐ | RALES | ☐ | ☐ PAINFUL | ☐ G/U | ☐ EXTREMITIES |
| ☐ | RHONCHI | ☐ | ☐ SHALLOW | ☐ PELVIS | ☐ OTHER |
| ☐ | DIMINISHED | ☐ | ☐ DEEP | ☑ BACK SPINE | |
| ☐ | ABSENT | ☐ | ☐ RETRACTION | | |
| | | | ☐ NASAL FLARING | | |

## VITALS

| TIME | TEMP | PULSE | RESP | BP | SaO2 | CURRENT MEDICATION |
|---|---|---|---|---|---|---|
| 10:10 | 97.0 | 73 | 22 | 99/55 | 96 | Vasotec, |
| 1100 | | 72 | 18 | 92/64 | 98% | See MAR |
| 1200 | | 64 | 18 | 100/64 | 98% RA | |
| 1250 | 96.5 | 64 | 18 | 107/61 | 96% RA | |

PUPIL RESPONSE: 1010 B 3 | PUPIL SIZE: B 3

KEY C=CLOSED B=BRISK SL=SLUGGISH F=FIXED

3 4 5 6 7 8

## IV

| TIME | SOL | SITE | GAUGE | RATE |
|---|---|---|---|---|
| 1100 x2L | NS | (L) Hand | 20G | Bolus |

MEDICATION ALLERGIES: NKA

MEDICATION GIVEN IN ER: None

## O2 ADMIN

| TIME | ROUTE | RATE | SaO2 |
|---|---|---|---|
| / | / | / | / |

ABBREVIATION CODE

| | | | |
|---|---|---|---|
| Ab - Abrasion | | E - Edema | |
| Amp - Amputation | | F - Closed Susp. Fracture | |
| Av - Avulsion | | H - Hematoma | |
| B - Burn | | L - Laceration | |
| __% - Percent | | P - Petechiae | |
| CP - Compound Frac. | | R - Rash | |
| EC - Ecchymosis | | S - Scar | |
| ENT - Entrance Wound | | Ex - Exit Wound | |
| SI - Surgical Incision | | | |

## SOAP NOTATIONS

SUBJECTIVE: (PATIENT'S STATEMENTS, HISTORY) "Feeling dizzy"

OBJECTIVE: (PHYSICAL EVALUATION) Hypotensive, dehydrated. A+O x 3, resp. even & unlabored.

ASSESSMENT: (NURSING DIAGNOSIS) Alteration in comfort R/T dizziness.

PLAN: (PT EDUCATION, FOLLOWUP, MD ORDERS, ETC.) EVAL, meds, tx IV hydration, educated on po meds - HTN. instructed on med. regimen. RTC/housing F/U MD line 5 days.

| PRINT NAME | SIGNATURE | |
|---|---|---|
| Gonzales, E | [signature] LVN | RN/MTA/MD |
| | | RN/MTA/MD |
| | | RN/MTA/MD |

SUPERVISOR REVIEW

M. D. Bitzer SRN II

PATIENT DISPOSITION

- ☑ RETURN TO CUSTODY
- ☐ ADMIT TO INFIRMARY / HOSPITAL
- ☐ TRANSPORT TO COMM. HOSPITAL VIA:
  - ☐ AMBULANCE
  - ☐ STATE VEHICLE
- ☐ RELEASED TO CORONER

PATIENT CONDITION ON DISCHARGE

☑ STABLE ☐ UNSTABLE

☐ DECEASED TIME 1250

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS

# COMPREHENSIVE ACCOMMODATION CHRONO

**INSTRUCTIONS:** A physician shall complete this form if an inmate requires an accommodation due to a medical condition. Circle P if the accommodation is to be permanent, or T if the accommodation is to be temporary. If the accommodation is temporary, write the date the accommodation expires on the line. A new form shall be generated when a change to an accommodation is required or upon renewal of a temporary accommodation. Any new form generated shall include previous accommodations, if they still apply. Chronos indicating permanent accommodations shall be reviewed annually. This form shall be honored as a permanent chrono at all institutions.

## A. HOUSING

None

1. Barrier Free/Wheelchair Access P / T ____
2. Ground Floor Cell P / T ____
3. Continuous Powered Generator P / T ____
4. Bottom Bunk P / T ____
5. Single Cell (See 128-C date: ____ ) P / T ____
6. Permanent OHU / CTC (circle one) P / T ____
7. Other ____ P / T ____

## B. MEDICAL EQUIPMENT/SUPPLIES

None

8. Limb Prosthesis P / T ____
9. Brace P / T ____
10. Crutches P / T ____
11. Cane: (type) ____ P / T ____
12. Walker P / T ____
13. Dressing/Catheter/Colostomy Supplies P / T ____
14. Shoe: (specify) ____ P / T ____
15. Dialysis Peritoneal P / T ____
16. Wheelchair: (type) ____ P / T ____
17. Contact Lens(es) & Supplies P / T ____
18. Hearing Aid P / T ____
19. Special Garment: (specify) ____ P / T ____
20. Rx. Glasses: ____ P / T ____
21. Cotton Bedding P / T ____
22. Extra Mattress P / T ____
23. Other ____ P / T ____

## C. OTHER

None

24. Attendant to assist with meal access and other movement inside the institution. P / T ____

Attendant will not feed or lift the inmate/patient or perform elements of personal hygiene.

25. Wheelchair Accessible Table P / T ____
26. Therapeutic Diet: (specify) ____ P / T ____
27. Communication Assistance P / T ____
28. Transport Vehicle with Lift P / T ____
29. Short Beard P / T ____
30. Other ____ P / T ____

## D. PHYSICAL LIMITATIONS TO JOB ASSIGNMENTS

Based on the above, are there any physical limitations to job assignments? ☒ Yes ☐ No

If yes, specify: Light Duty X 6 months

| INSTITUTION | COMPLETED BY (PRINT NAME) | TITLE |
|---|---|---|
| RJD | Robert Walk | DO |

| SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| [signature] | 9/19/07 | Goudlock, Jack<br>P 34125<br>12/27/59 |
| HCM/CMO SIGNATURE | DATE | |
| **APPROVED** (list the number of items approved) | | |
| **DENIED** (list the number of items denied) | | |

COMPREHENSIVE ACCOMMODATION CHRONO

CDC 7410 (08/04)

Distribution: Original - Unit Health Record  Canary - Central File  Pink - Correctional Counselor  Gold - Inmate

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS

# COMPREHENSIVE ACCOMMODATION CHRONO

**INSTRUCTIONS:** A physician shall complete this form if an inmate requires an accommodation due to a medical condition. Circle P if the accommodation is to be permanent, or T if the accommodation is to be temporary. If the accommodation is temporary, write the date the accommodation expires on the line. A new form shall be generated when a change to an accommodation is required or upon renewal of a temporary accommodation. Any new form generated shall include previous accommodations, if they still apply. Chronos indicating permanent accommodations shall be reviewed annually. This form shall be honored as a permanent chrono at all institutions.

## A. HOUSING

None

1. Barrier Free/Wheelchair Access P / T ______
2. Ground Floor Cell P / T ______
3. Continuous Powered Generator P / T ______
4. Bottom Bunk P / T ______
5. Single Cell (See 128-C date: ______ ) P / T ______
6. Permanent OHU / CTC (circle one) P / T ______
7. Other ______ P / T ______

## B. MEDICAL EQUIPMENT/SUPPLIES

None

8. Limb Prosthesis P / T ______
9. Brace P / T ______
10. Crutches P / T ______
11. Cane: (type) ______ P / T ______
12. Walker P / T ______
13. Dressing/Catheter/Colostomy Supplies P / T ______
14. Shoe: (specify) ______ P / T ______
15. Dialysis Peritoneal P / T ______
16. Wheelchair: (type) ______ P / T ______
17. Contact Lens(es) & Supplies P / T ______
18. Hearing Aid P / T ______
19. Special Garment: (specify) shoe 13.5, calf – 51cm, knee – 46cm (P circled) / T ______
20. Rx. Glasses: compression stock P / T ______
21. Cotton Bedding knee high P / T ______
22. Extra Mattress P / T ______
23. Other ______ P / T ______

## C. OTHER

None

24. Attendant to assist with meal access and other movement inside the institution. P / T ______

Attendant will not feed or lift the inmate/patient or perform elements of personal hygiene.

25. Wheelchair Accessible Table P / T ______
26. Therapeutic Diet: (specify) ______ P / T ______
27. Communication Assistance P / T ______
28. Transport Vehicle with Lift P / T ______
29. Short Beard P / T ______
30. Other ______ P / T ______

## D. PHYSICAL LIMITATIONS TO JOB ASSIGNMENTS

Based on the above, are there any physical limitations to job assignments? ☐ Yes ☐ No

If yes, specify: ______

| INSTITUTION | COMPLETED BY (PRINT NAME) | TITLE |
|---|---|---|
| RJD | Robert Wall | DO |

| SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| [signature] | 7/11/06 | Goodluck, Jack P-34125 12/27/55 |
| HCM/CMO SIGNATURE | DATE | |
| **APPROVED** (list the number of items approved) | | |
| **DENIED** (list the number of items denied) | | |

COMPREHENSIVE ACCOMMODATION CHRONO

CDC 7410 (08/04)

Distribution: Original - Unit Health Record; Canary - Central File; Pink - Correctional Counselor

CJ copies

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS

# COMPREHENSIVE ACCOMMODATION CHRONO

**INSTRUCTIONS:** A physician shall complete this form if an inmate requires an accommodation due to a medical condition. Circle P if the accommodation is to be permanent, or T if the accommodation is to be temporary. If the accommodation is temporary, write the date the accommodation expires on the line. A new form shall be generated when a change to an accommodation is required or upon renewal of a temporary accommodation. Any new form generated shall include previous accommodations, if they still apply. Chronos indicating permanent accommodations shall be reviewed annually. This form shall be honored as a permanent chrono at all institutions.

## A. HOUSING

| Item | P/T | | Item | P/T | |
|---|---|---|---|---|---|
| None | | | Bottom Bunk (circled) | P / T (T circled) | 1 yr |
| Barrier Free/Wheelchair Access | P / T | | Single Cell (See 128-C date: ) | P / T | |
| Ground Floor Cell | P / T | | Permanent OHU / CTC (circle one) | P / T | |
| Continuous Powered Generator | P / T | | Other | P / T | |

## B. MEDICAL EQUIPMENT/SUPPLIES

| Item | P/T | | Item | P/T | |
|---|---|---|---|---|---|
| None | | | Wheelchair: (type) | P / T | |
| Limb Prosthesis | P / T | | Contact Lens(es) & Supplies | P / T | |
| Brace (circled) → Back | P / T (T circled) | 1 yr | Hearing Aid | P / T | |
| Crutches | P / T | | Special Garment: (specify) | P / T | |
| Cane: (type) | P / T | | Rx. Glasses: | P / T | |
| Walker | P / T | | Cotton Bedding | P / T | |
| Dressing/Catheter/Colostomy Supplies | P / T | | Extra Mattress | P / T | |
| Shoe: (specify) | P / T | | Other Extra pillow | P / T (T circled) | 1 yr |
| Dialysis Peritoneal | P / T | | | | |

## C. OTHER

| Item | P/T | | Item | P/T | |
|---|---|---|---|---|---|
| None | | | Therapeutic Diet: (specify) | P / T | |
| Attendant to assist with meal access and other movement inside the institution. | P / T | | Communication Assistance | P / T | |
| Attendant will not feed or lift the inmate/patient or perform elements of personal hygiene. | | | Transport Vehicle with Lift | P / T | |
| | | | Short Beard | P / T | |
| Wheelchair Accessible Table | P / T | | Other | P / T | |

## D. PHYSICAL LIMITATIONS TO JOB ASSIGNMENTS

Based on the above, are there any physical limitations to job assignments? ☑ Yes ☐ No

If yes, specify: No prolonged walking, standing

| INSTITUTION | COMPLETED BY (PRINT NAME) | TITLE |
|---|---|---|
| CRC | Chris Le | MD |

| SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| [signature] | 3/30/07 | Goodwick J. T34125 12/27/59 211-76 |
| HCM/CMO SIGNATURE: [signature] CMO | DATE: 4/3/07 | |
| (CIRCLE ONE) APPROVED (circled) / DENIED | | |

COMPREHENSIVE ACCOMMODATION CHRONO

CDC 7410 (03/04)

Distribution: Original - Unit Health Record; Canary - Central File; Pink - Correctional Counselor; Gold - Inmate





STATE OF CALIFORNIA
ARNOLD SCHWARZENEGGER, Governor

GOVERNMENT CLAIMS PROGRAM
400 R Street, 5th Floor ♦ Sacramento, California 95811
Mailing Address: P.O. Box 3035 ♦ Sacramento, California 95812
Toll Free Telephone Number 1-800-955-0045 ♦ Fax Number: (916) 491-6443
Internet: www.vcgcb.ca.gov

ROSARIO MARIN
Secretary
State and Consumer Services Agency
Chairperson

JOHN CHIANG
State Controller
Board Member

MICHAEL A. RAMOS
San Bernardino County District Attorney
Board Member

KAREN McGAGIN
Executive Officer

Jacie Goudlock p34125
P.O. Box 799005
San Diego, CA 92179-9005

December 06, 2007

RE: Claim G571429 for Jacie Goudlock, p34125

Dear Jacie Goudlock,

The Victim Compensation and Government Claims Board (VCGCB) received your claim on November 20, 2007.

Based on its review of your claim, Board staff believes that the court system is the appropriate means for resolution of these claims, because the issues presented are complex and outside the scope of analysis and interpretation typically undertaken by the Board. The claim has been placed on the consent agenda. The VCGCB will act on your claim at the January 17, 2008 hearing. You do not need to appear at this hearing. The VCGCB's rejection of your claim will allow you to initiate litigation should you wish to pursue this matter further.

If you have questions about this matter, please mention letter reference 99 and claim number G571429 when you call or write your claim technician/analyst at (800) 955-0045.

Sincerely,

Government Claims Program
Victim Compensation and Government Claims Board

cc: B-23 Corrections and Rehabilitation, Attn: Donna Corbin

Ltr 99 Complex Issue Reject

MD Copy

# ALVARADO HOSPITAL

~~7-218C~~ 22-238C

**Alvarado Sleep Disorders Center**
6645 Alvarado Road, Suite 408
San Diego, CA 92120
Phone: (619) 229-7000, Fax: (619) 229-7077

**RE: Jacie Goudlock CDC#: P34125 DOB: 12-27-1959**

R. J. Donovan Correctional Facility
480 Alta Road
San Diego, CA 92179
(fax: 671-7567)

Dear Dr. Steve Ritter:

Thank you for referring Mr. Goudlock to us. Please find enclosed the final report of ***emergency*** nocturnal Split Night Polysomnogram performed on 10-16-07.

**PROCEDURE:** The test was performed by recording EEG, EOG, chin EMG, ECG, nasal and oral airflow, snoring sound, respiratory effort, oximetry, body position, pulse rate, and limb movement. Video monitoring was carried out throughout the study. A sleep technologist was in attendance for the entire testing period.

This study was performed in two stages. The first part of the night involved analysis of the patient's sleep pattern while breathing unassisted. After 152.3 minutes, the patient was placed on nasal CPAP therapy, and data was collected for an additional 275 minutes.

**SLEEP ARCHITECTURE:** Without the CPAP device, sleep onset occurred at 14 minutes after the lights were turned off. REM sleep occurred 60.5 minutes later. The patient's total sleep time for this section was 66 minutes. The sleep efficiency index was 43.3%.

After CPAP was started, the patient's sleep onset occurred at 2 minutes after the lights were turned off. REM sleep began 70.5 minutes later. The patient's total sleep time for this section was 210 minutes. The sleep efficiency index was 76.4%.

**DISTURBANCES OF SLEEP:** While breathing unassisted, the minimum oxygen saturation during the study was 63%. The patient had intermittent loud snoring. The overall Apnea/Hypopnea Index (AHI) was 98.2. The total Periodic Limb Movement Index (PLMI) was 0. There were no significant cardiac arrhythmias.

After CPAP was applied with the pressure of +8 cmH2O, the minimum oxygen saturation was 90%. With this pressure, the patient did not have snoring, and the Apnea/Hypopnea Index (AHI) decreased to 38.4. The total Periodic Limb Movement Index (PLMI) on CPAP therapy was 0. There were no significant cardiac arrhythmias. Mouth breathing was observed.

**Alvarado Sleep Disorders Center**
6645 Alvarado Road, Suite 408
San Diego, CA 92120
Phone: (619) 229-7000, Fax: (619) 229-7077

**RE: Jacie Goudlock CDC#: P34125 DOB: 12-27-1959**

| | Be[illegible] in[illegible] [illegible]ntion | CPAP pressure 8 cmH2O |
|---|---|---|
| AHI | 98.2 | 38.4 |
| Minimum O2 Sat | 63% | 90% |
| Sleep Efficiency | 43.3% | 76.4% |

The patient's chief complaints were snoring, ***excessive*** daytime sleepiness, witnessed apneas and unrefreshed sleep. The patient's Epworth Sleepiness Scale was 24.

**IMPRESSION:**

This recording reveals severe Obstructive Sleep Apnea (OSA) partially improved with a CPAP pressure of +8 cmH2O. Poor CPAP tolerance was observed.

**RECOMMENDATIONS:**

Only able to titrate to a CPAP pressure of +8 cmH2O with a large Quattro ResMed full face mask and heated humidifier because of poor CPAP tolerance. Surgical evaluation for nasal obstruction is recommended to improve CPAP tolerance. Further CPAP titration is recommended to find an appropriate CPAP pressure because of poor tolerance on this study.

***Thank you for allowing us to participate in the care of your patient.*** Please contact us directly if you have any questions.

Sincerely,

Shari A. Brazinsky, M.D.

OBSERVATION OF C/O AT CRC – NORCO THIS IS REASON FOR BOTTOM BUNK LOWER TIER TRANSFERED TO RJD 6-10-07 ARRIVED 6-11-07

Wilson

**REQUEST FOR PSYCHIATRIC/PSYCHOLOGICAL SERVICES**
**STAFF REFERRAL**

NAME: Goodlock J. (Last / First / MI) CDC#: P-34125 HOUSING: 211-76

REFERRED BY: Gonzalez, J. TITLE: C/O PHONE: 4227

☐ **Non English Speaking Primary Language** ____

RCVD CRC MENTAL HEALTH 2007 JUN 18 AM 10:

REASON FOR REFERRAL: (Please check the primary reason(s) and give an example or comment on the lines below)

☐ History of Psychiatric care needs re-assessment
☐ Recommend psychiatric medication review
☐ Express suicidal ideation or recent attempts
☒ Exhibits bizarre behavior (describe below).
☐ Incapable/unwilling to care for self
☐ Poor appetite/sad/fearful/nervous
☐ Confused/disoriented/withdrawn
☐ Poor self control/unpredictable/interrupts daily routines of self & o
☐ Unprovoked hostility/assultiveness
☐ Hears things/sees things/imagines things

Describe: Inmate exhibits a sleeping disorder. Is sitting one minute, all of a sudden he sleeping. Resenty He was sitting on his bunk and feel forward. behavior i[s] odd. Should be seen to see if He cam be given Psych services. call me if any

Date:

CDC 1280: [illegible]

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS

# COMPREHENSIVE ACCOMMODATION CHRONO

**INSTRUCTIONS:** A physician shall complete this form if an inmate requires an accommodation due to a medical condition. Circle P if the accommodation is to be permanent, or T if the accommodation is to be temporary. If the accommodation is temporary, write the date the accommodation expires on the line. A new form shall be generated when a change to an accommodation is required or upon renewal of a temporary accommodation. Any new form generated shall include previous accommodations, if they still apply. Chronos indicating permanent accommodations shall be reviewed annually. This form shall be honored as a permanent chrono at all institutions.

## A. HOUSING

| Item | P/T | Item | P/T |
|---|---|---|---|
| None | | Bottom Bunk | (P) T |
| Barrier Free/Wheelchair Access | P / T | Single Cell (See 128-C date: ______ ) | P / T |
| Ground Floor Cell | (P) T | Permanent OHU / CTC (circle one) | P / T |
| Continuous Powered Generator | P / T | Other ______ | P / T |

## B. MEDICAL EQUIPMENT/SUPPLIES

| Item | P/T | Item | P/T |
|---|---|---|---|
| None | | Wheelchair: (type) ______ | P / T |
| Limb Prosthesis | P / T | Contact Lens(es) & Supplies | P / T |
| Brace BACK | (P) T | Hearing Aid | P / T |
| Crutches | P / T | Special Garment: (specify) EXTRA PILLOW | P / (T) 3-30-08 |
| Cane: (type) ______ | P / T | Rx. Glasses: ______ | P / T |
| Walker | P / T | Cotton Bedding | P / T |
| Dressing/Catheter/Colostomy Supplies | P / T | Extra Mattress | P / T |
| Shoe: (specify) ______ | P / T | Other BACK BRACE | P / T |
| Dialysis Peritoneal | P / T | | |

## C. OTHER

| Item | P/T | Item | P/T |
|---|---|---|---|
| None | | Therapeutic Diet: (specify) ______ | P / T |
| Attendant to assist with meal access and other movement inside the institution. | P / T | Communication Assistance | P / T |
| Attendant will not feed or lift the inmate/patient or perform elements of personal hygiene. | | Transport Vehicle with Lift | P / T |
| | | Short Beard | P / T |
| Wheelchair Accessible Table | P / T | Other ______ | P / T |

## D. PHYSICAL LIMITATIONS TO JOB ASSIGNMENTS

Based on the above, are there any physical limitations to job assignments? ☑ Yes ☐ No

If yes, specify: No heavy lifting over 20lbs; no repetitive lifting, twisting X 6 mths

| INSTITUTION | COMPLETED BY (PRINT NAME) | TITLE |
|---|---|---|
| RJD | Robert Wa[illegible] | DO |

| SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| [signature] | 6/11/07 | GOLDLOCK, JALIE P34125 1-03-2011 12-27-59 |
| HCM/CMO SIGNATURE | DATE | |
| (CIRCLE ONE) APPROVED / DENIED | | |

COMPREHENSIVE ACCOMMODATION CHRONO

CDC 7410 (03/04)

Distribution: Original - Unit Health Record; Canary - Central File; Pink - Correctional Counselor; Gold - Inmate

FROM PREVIOUS INJURY OF BACK AT CIM-MSF

Dr. MEYER
DOB 12-27-59
Housing CIM/MSF

Hospital of
California Institution for Men
Chino, California

CIM Print Shop Form 0204 Rev. 4/02

**Radiology Report**

Name GOUDLOCK, JACIE No. P-34125 Date 10-18-02

X-Ray of L.S. SPINE

History

**LS SPINE:** Findings. There is normal alignment between T-12 and S-1. Vertebral body height is well maintained. There is mild narrowing of the L-3/4, L-4/5 and L-5/S-1 disc spaces. There are small marginal articular osteophytes at L-4. There is no prevertebral soft tissue abnormalities.

**IMPRESSION:** Mild degenerative and discogenic changes of the lumbar spine.

HQ/be
D&T: 10-21-02

H. Qureshi, M.D. 

4- copies

**Technical Services Provided by:**

**R.J. DONOVAN CORRECTIONAL FACILITY**
480 Alta Road
San Diego, CA 92179

**PATIENT NAME:** GOUDLOCK, JACIE
**DOB:** 12/27/59
**ID#:** P-34125
**REFERRED BY:** DUGAN
**EXAM DATE:** 06/15/07

73630 THREE VIEW LEFT FOOT

**FINDINGS:** There is a moderate hallux valgus. There are no fractures. Joints are normal.

**IMPRESSION: Hallux valgus without acute abnormality.**

Joel Sokoloff, M.D.

D: 06/18/07
T: 06/18/07
zi/brr

6386 Alvarado Court, Suite 121 San Diego, CA 92120
Tel 619.229.6555 Fax 619.229.6560

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

# OUTPATIENT MEDICATION ADMINISTRATION RECORD

CDC 7231-A (Rev. 11/02)

FOR THE MONTH OF: YEAR:

| NAME OF RN / MTA | Initial | NAME OF RN / MTA | Initial | NAME OF RN / MTA | Initial | NAME OF RN / MTA | Initial |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

R.J. DONOVAN CORRECTIONAL FACILITY
480 ALTA ROAD, SAN DIEGO, CA 92179 (619)661-6500

GOUDLOCK, JACIE P-34125 B01-116L

DR: WALKER, ROBER RPH: REF MFG: G

RX: 912191 1

QTY: 60

CA CARBONATE CHEWAB 500MG

CHEW 2 TABLETS TWICE

DAILY AR/15D

START: 06/27/07 STOP: 07/12/07

CAUTION: Federal law prohibits the transfer of this drug to any person other than the patient for whom it was prescribed.

6/26/07

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOON | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOON | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOON | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOON | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOON | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOON | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOON | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NAME: ALLERGIES: CDC # HOUSING:

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

# OUTPATIENT MEDICATION ADMINISTRATION RECORD

CDC 7231-A (Rev. 11/02)

FOR THE MONTH OF: YEAR:

| NAME OF RN / MTA | Initial | NAME OF RN / MTA | Initial | NAME OF RN / MTA | Initial | NAME OF RN / MTA | Initial |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

R.J. DONOVAN CORRECTIONAL FACILITY
480 ALTA ROAD, SAN DIEGO, CA 92179 (619)661-6500
GOUDLOCK, JACIE P-34125 B01-116L
DR: DUGAN, LINDY RPH: ABB MFG: MS
RX: 915089- 0 QTY: 30
ENALAPRIL 10MG (VASOTEC)
TAKE 1 TABLET DAILY IN THE MORNING AR
START: 06/18/07 STOP: 12/15/07
CAUTION: Federal law prohibits the transfer of this drug to any person other than the patient for whom it was prescribed.

AM / NOON / PM / HS — days 1–31 (blank)

R.J. DONOVAN CORRECTIONAL FACILITY
480 ALTA ROAD, SAN DIEGO, CA 92179 (619)661-6500
GOUDLOCK, JACIE P-34125 B01-116L
DR: DUGAN, LINDY RPH: ABB MFG: BS
RX: 915091- 0 QTY: 60
METFORMIN 850MG
1 TAB BEFORE BREAKFAST & 1 TAB BEFORE DINNER AR
START: 06/18/07 STOP: 12/15/07
CAUTION: Federal law prohibits the transfer of this drug to any person other than the patient for whom it was prescribed.

AM / NOON / PM / HS — days 1–31 (blank)

AM / NOON / PM / HS — days 1–31 (blank)

AM / NOON / PM / HS — days 1–31 (blank)

AM / NOON / PM / HS — days 1–31 (blank)

AM / NOON / PM / HS — days 1–31 (blank)

NAME: ALLERGIES: CDC # HOUSING:

R.J. DONOVAN CORRECTIONAL FACILITY
480 ALTA ROAD, SAN DIEGO, CA 92179 (619)661-6500

GOUDLOCK, JACIE P-34125 238L

DR: WALKER, ROBER RPH: ABB MFG: LM

RX: 924467- 0 QTY: 60

GEMFIBROZIL 600MG

TAKE 1 TABLET TWICE A DAY

START: 07/11/07 STOP: 08/10/07

CAUTION: Federal law prohibits the transfer of this drug to any person other than the patient for whom it was prescribed.

R.J. DONOVAN CORRECTIONAL FACILITY
480 ALTA ROAD, SAN DIEGO, CA 92179 (619)661-6500

GOUDLOCK, JACIE P-34125 B22-238L

DR: WALKER, ROBER RPH: ABB MFG: AB

RX: 924469- 0 QTY: 30

TERAZOSIN 5MG

TAKE 1 CAPSULE DAILY

START: 07/11/07 STOP: 08/10/07

CAUTION: Federal law prohibits the transfer of this drug to any person other than the patient for whom it was prescribed.

R.J. DONOVAN CORRECTIONAL FACIL
480 ALTA ROAD, SAN DIEGO, CA 92179 (619)661-6500

GOUDLOCK, JACIE P-34125 B22-2

DR: WALKER, ROBER RPH: ABB MFG

RX: 924466- 0 QTY:

K-DUR 20MEQ

TAKE 1 TABLET DAILY

START: 07/11/07 STOP: 08/1

CAUTION: Federal law prohibits the transfer of this dr any person other than the patient for whom it was presc

R.J. DONOVAN CORRECTIONAL FACILITY
480 ALTA ROAD, SAN DIEGO, CA 92179 (619)661-6500

GOUDLOCK, JACIE P-34125 B22-238L

DR: WALKER, ROBER RPH: ABB MFG: GG

RX: 924463- 0 QTY: 30

FUROSEMIDE 40MG

TAKE 1 TABLET DAILY

START: 07/11/07 STOP: 08/10/07

R.J. DONOVAN CORRECTIONAL FACILITY
480 ALTA ROAD, SAN DIEGO, CA 92179 (619)661-6500

GOUDLOCK, JACIE P-34125 B22-238L

DR: DUGAN, LINDY RPH: REF MFG: MS

RX: 915089 1 QTY: 30

ENALAPRIL 10MG (VASOTEC)

TAKE 1 TABLET DAILY IN

THE MORNING AR

9952

START: 07/18/07 STOP: 12/15/07

CAUTION: Federal law prohibits the transfer of this drug to any person other than the patient for whom it was prescribed.

R.J. DONOVAN CORRECTIONAL FACILITY
480 ALTA ROAD, SAN DIEGO, CA 92179 (619)6

GOUDLOCK, JACIE P-34125 B22-238L

DR: DUGAN, LINDY RPH: REF MFG: BS

RX: 915091- 1 QTY: 60

METFORMIN 850MG

1 TAB BEFORE BREAKFAST

1 TAB BEFORE DINNER AR

START: 07/18/07 1332 STOP: 12/15/07

CAUTION: Federal law prohibits the transfer of this drug to any person other than the patient for whom it was prescribed.

R.J. DONOVAN CORRECTIONAL FACILITY
480 ALTA ROAD, SAN DIEGO, CA 92179 (619)661-6500

GOUDLOCK, JACIE P-34125 B22-238L

DR: WALKER, ROBER RPH: YM MFG: MS

RX: 928493- 0 QTY: 30

OMEPRAZOLE 20MG

TAKE 1 CAPSULE DAILY

AR

START: 07/19/07 STOP: 01/15/08

CAUTION: Federal law prohibits the transfer of this drug to any person other than the patient for whom it was prescribed.

R.J. DONOVAN CORRECTIONAL FACILITY
480 ALTA ROAD, SAN DIEGO, CA 92179 (619)661-6500

GOUDLOCK, JACIE P-34125 B22-238L

DR: MOSELEY, WILLI RPH: YM MFG: GL

RX: 931456- 0 QTY: 45

ALUMINUM/MAGNESIUM TAB

1 TABLETS W/MEALS AND AT

BEDTIME AR15

START: 07/26/07 STOP: 08/25/07

CAUTION: Federal law prohibits the transfer of this drug to any person other than the patient for whom it was prescribed.

Goudlock T. D-34125

For Pain in Rt thigh Nerve Damage

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

# OUTPATIENT MEDICATION ADMINISTRATION RECORD

CDC 7231-A (Rev. 11/02)

FOR THE MONTH OF: August YEAR: 07

| NAME OF RN / MTA | Initial | NAME OF RN / MTA | Initial | NAME OF RN / MTA | Initial | NAME OF RN / MTA | Initial |
|---|---|---|---|---|---|---|---|
| | | | | [illegible] | [illegible] | L Peterson | [illegible] |
| | | | | [illegible] | [illegible] | S A Rawls | SA |
| [illegible] | 3 | | | | | [illegible] | [illegible] |

SAR WALKER

Neurontin 1200 mg TID x 90 days

8/8/07 11/7/07

AM NOON PM HS

DC 8/20/07

AM NOON PM HS

AM NOON PM HS

AM NOON PM HS

AM NOON PM HS

AM NOON PM HS

AM NOON PM HS

AM NOON PM HS

NAME: Goudlock, Jacie

ALLERGIES:

CDC #: P34125

HOUSING: 22-238

2-20

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

**OUTPATIENT MEDICATION ADMINISTRATION RECORD**

CDC 7231-A

NAME

R.J. DONOVAN CORRECTIONAL FACILITY
480 ALTA ROAD, SAN DIEGO, CA 92179 (619)661-6500

GOUDLOCK, JACIE P-34125 B03-220U
DR: WALKER, ROBER RPH: NG MFG: GG
RX: 912187- 0 QTY: 30
FUROSEMIDE 40MG
TAKE 1 TABLET DAILY
START: 06/12/07 STOP: 07/12/07
CAUTION: Federal law prohibits the transfer of this drug to any person other than the patient for whom it was prescribed.

R.J. DONOVAN CORRECTIONAL FACILITY
480 ALTA ROAD, SAN DIEGO, CA 92179 (619)661-6500

GOUDLOCK, JACIE P-34125 B03-220U
DR: WALKER, ROBER RPH: NG MFG: FF
RX: 912194- 0 QTY: 1
ERYTHROMYCIN OPH OINT
APPLY TO RIGHT EYE TWICE
DAILY *30DWAIVER*
START: 06/12/07 STOP: 06/13/07
CAUTION: Federal law prohibits the transfer of this drug to any person other than the patient for whom it was prescribed.

R.J. DONOVAN CORRECTIONAL FACILITY
480 ALTA ROAD, SAN DIEGO, CA 92179 (619)661-6500

GOUDLOCK, JACIE P-34125 B03-220U
DR: WALKER, ROBER RPH: NG MFG: G
RX: 912191- 0 QTY: 60
CA CARBONATE CHEWAB 500MG
CHEW 2 TABLETS TWICE
DAILY AR/15D
START: 06/12/07 STOP: 07/12/07
CAUTION: Federal law prohibits the transfer of this drug to any person other than the patient for whom it was prescribed.

R.J. DONOVAN CORRECTIONAL FACILITY
480 ALTA ROAD, SAN DIEGO, CA 92179 (619)661-6500

GOUDLOCK, JACIE P-34125 B03-220U
DR: WALKER, ROBER RPH: NG MFG: LE
RX: 912190- 0 QTY: 60
METHOCARBAMOL 750MG
TAKE 1 TABLET 3 TIMES
DAILY AS NEED FOR PAIN
START: 06/12/07 STOP: 07/02/07
CAUTION: Federal law prohibits the transfer of this drug to any person other than the patient for whom it was prescribed.

NOON
PM
HS

AM
NOON
PM
HS

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

R.J. DONOVAN CORRECTIONAL FACILITY
480 ALTA ROAD, SAN DIEGO, CA 92179 (619)661-6500

GOUDLOCK, JACIE P-34125 B03-220U
DR: WALKER, ROBER RPH: NG MFG: MS
RX: 912186- 0 QTY: 30
ENALAPRIL 5MG (VASOTEC)
BREAK AND TAKE 1/2 TABLET
TWICE DAILY
START: 06/12/07 STOP: 07/12/07
CAUTION: Federal law prohibits the transfer of this drug to any person other than the patient for whom it was prescribed.

R.J. DONOVAN CORRECTIONAL FACILITY
480 ALTA ROAD, SAN DIEGO, CA 92179 (619)661-6500

GOUDLOCK, JACIE P-34125 B03-220U
DR: WALKER, ROBER RPH: NG MFG: UR
RX: 912189- 0 QTY: 60
IBUPROFEN 600MG
TAKE 1 TABLET 3 TIMES
DAILY AS NEED FOR PAIN RR
START: 06/12/07 STOP: 07/12/07
CAUTION: Federal law prohibits the transfer of this drug to any person other than the patient for whom it was prescribed.

R.J. DONOVAN CORRECTIONAL FACILITY
480 ALTA ROAD, SAN DIEGO, CA 92179 (619)661-6500

GOUDLOCK, JACIE P-34125 B03-220U
DR: WALKER, ROBER RPH: NG MFG: SQ
RX: 912193- 0 QTY: 8
TRIMETHO/SULFAMET DS TAB
TAKE 1 TABLET TWICE A DAY
START: 06/12/07 STOP: 06/16/07
CAUTION: Federal law prohibits the transfer of this drug to any person other than the patient for whom it was prescribed.

R.J. DONOVAN CORRECTIONAL FACILITY
480 ALTA ROAD, SAN DIEGO, CA 92179 (619)661-6500

GOUDLOCK, JACIE P-34125 B03-220U
DR: WALKER, ROBER RPH: NG MFG: PG
RX: 912188- 0 QTY: 30
PRILOSEC 20MG OTC
TAKE 1 TABLET DAILY
START: 06/12/07 STOP: 07/12/07
CAUTION: Federal law prohibits the transfer of this drug to any person other than the patient for whom it was prescribed.

NAME: ALLERGIES: CDC # HOUSING:

| DATE | TIME | PROB # | |
|---|---|---|---|
| 7/11/07 | | | S: (history includes details pertinent to the patient's medical complaint) |
| | | | BM State Sell 6/15/07 d/s Bunk (top) been to |
| | | | Smith asleep easily. c/o Right hip pain |
| | | | that is bum & thigh pain. Seen at Alvarado |
| | | | |
| | | | |
| | | | O: (physical assessment) T: 98.1 P: 90 R: 20 B/P: 128/76 Wt: 330 |
| | | | |
| | | | (R) hip pain - [illegible] |
| | | | FROM |
| | | | Heart - RRR |
| | | | Lungs - CTA [illegible] |
| | | | Abd - BS [illegible], obese, rectal [illegible] [illegible] |
| | | | A: (medical/nsg diagnosis. MTAs may not independently analyze or interpret data.) |
| | | | 1) HTN 2) BPH 3) Pre-Diabetic 4) B/L leg edema |
| | | | 6) [illegible] 5) Hyperlipidemia |
| | | | P: (MTA – referral to a higher licensure for prioritization and evaluation.) (RN -action to be taken by the RN so that the patient receives appropriate medical care.) |
| | | | 1) Furosemide 40mg 2 OD ; K-dur 20mEq |
| | | | 2) Hydroxyzine [illegible] OD 3) comp stockings / [illegible] |
| | | | 4) ~~[illegible]~~ [illegible] 5) Lopid 600mg [illegible] |
| | | | E: (education provided) |
| | | | |

INSTITUTION Richard J Donovan Correctional Facility Rock

ROOM / WING

OUTPATIENT INTERDISCIPLINARY PROGRESS NOTES

CDC NUMBER, NAME, (LAST, FIRST, MI)

P34125
GOUDLOCK, JACIE
12/27/59

CDC 7254 (8/89)

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS

3-22-2009 (Born 1998 - weighed > 200)

| DATE | TIME | PROB# | |
|---|---|---|---|
| Mon | | | S: (history includes details pertinent to the patient's medical complaint) |
| 6/18/07 | | | F/U TTA for 6/15/07 fall from TOP Bunk |
| | | | injured (L) knee + toe |
| | | 48 | y/o morbidly OBese Black male, says Custody |
| placed Inmate on top tier, top Bunk 220 lb | | | |
| stepped | | | Casix |
| | | | O: (physical assessment) T: 98.6 P: 87 R: 18 B/P: 130/84 Wt: 350+ |
| | | | |
| | | | (C) - $S_1 S_2$ ∅ m/R/G |
| | | | Lungs - |
| | | | Ped TA 299 |
| | | | |
| | | | Soft 5th toe - tip tender |
| | | | A: (medical/nsg diagnosis. MTAs may not independently analyze or interpret data.) |
| | | 1) | Morbidly OBese 3) HTN |
| | | 2) | Glucose Intolerance |
| | | | P: (MTA – referral to a higher licensure for prioritization and evaluation.) (RN -action to be taken by the RN so that the patient receives appropriate medical care.) |
| | | Begin | Metformin 850 mg po BID |
| | | | Vasotec 10 mg |
| | | | |
| | | | E: (education provided) |
| | | | L. DUGAN, MD-RJDCF |

INSTITUTION Richard J Donovan Correctional Facility Rock | ROOM / WING

OUTPATIENT INTERDISCIPLINARY PROGRESS NOTES

CDC NUMBER, NAME, (LAST, FIRST, MI)

Goudlock

P-34125

CDC 7254 (8/89)

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

# DIRECTOR'S LEVEL APPEAL DECISION

Date: DEC 2 2 2007

In re: Jacie Goudlock, P34125
Richard J. Donovan Correctional Facility
at Rock Mountain
P.O. Box 799006
San Diego, CA 92179-9005

IAB Case No.: 0709623 Local Log No.: RJD-07-01663

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner V. O'Shaughnessy. All submitted documentation and supporting arguments of the parties have been considered.

I **APPELLANT'S ARGUMENT:** It is the appellant's position that staff failed to assign him to a lower bunk/lower tier, which is consistent with his Comprehensive Accommodation Chrono dated June 11, 2007. As a result, the appellant claimed that he fell and hurt himself from being assigned to an upper bunk on the upper tier. The appellant is requesting appropriate housing, monetary compensation and that the staff be fined and criminal charges be brought forth against them for their alleged unprofessional conduct.

II **SECOND LEVEL'S DECISION:** The reviewer found that the appellant was moved to Housing Unit 1, cell 116L, on June 15, 2007. The Second Level of Review (SLR), signed by Dr. Arguilez, Correctional Lieutenant, Facility 1 Program and E. A. Contreras, Associate Warden, Housing, Facilities I and III, sates that staff were not negligent in the performance of their duties. The appellant's medical restrictions were satisfied at the earliest possible opportunity. The appellant's request for monetary compensation is not within the scope of the appeals process. He must exhaust the appeals process prior to seeking an injunction from the courts. The appeal was denied at the SLR on September 18, 2007.

III **DIRECTOR'S LEVEL DECISION:** Appeal is denied.

**A. FINDINGS:** The Director's Level of Review reviewed the appellant's appeal complaint and the SLR response. The appellant arrived at R.J. Donovan Correctional Facility (RJD) on June 11, 2007. The SLR stated that the appellant was moved into the appropriate housing at the earliest possible opportunity. On June 15, 2007, he was moved into the lower bunk/lower tier. The appellant's medical restrictions were satisfied on June 15, 2007. The issues on appeal have been addressed. No modification to the SLR is warranted.

This decision exhausts the administrative remedy available to the appellant within CDCR. If dissatisfied, the appellant may forward this issue to the California Victims Compensation and Government Claims Board, (formerly known as the State Board of Control), Government Claims Unit, P.O. Box 3035, Sacramento, CA 95812-3035, for further review.

**B. BASIS FOR THE DECISION:**
California Code of Regulations, Title 15, Section: 3350, 3354

**C. ORDER:** No changes or modifications are required by the Institution.

This decision exhausts the administrative remedy available to the appellant within CDCR. If dissatisfied, the appellant may forward this issue to the California Victims Compensation and Government Claims Board, (formerly known as the State Board of Control), Government Claims Unit, P.O. Box 3035, Sacramento, CA 95812-3035, for further review.

N. GRANNIS, Chief
Inmate Appeals Branch

cc: Warden, RJD
Health Care Manager, RJD
Appeals Coordinator, RJD
Medical Appeals Analyst, RJD

**INMATE APPEAL ROUTE SLIP**

To: F1 Date: July 12, 2007

From: INMATE APPEALS OFFICE

Re: Appeal Log Number RJD-5-07-01663 By Inmate GOUDLOCK, P34125

Please assign this appeal to appropriate staff for FIRST level response.

Appeal Issue: LIVING CONDITIONS
Due Date: 08/23/2007
Special Needs:

STAFF INSTRUCTIONS: Per Director's Rule 3084.5(f) (2) first level appeal review requires a personal interview with the inmate unless the appeal is granted. This policy is not within the institution's jurisdiction and cannot be waived. Director's Rule 3084.5(f) (3) provides that a telephonic interview may be conducted if the inmate is not available in person.

Begin response with GRANTED, DENIED, PARTIALLY GRANTED or WITHDRAWN. When complete, return appeal to the Appeals Office. All first level appeals require signature of the Division Head. Appeals that are incomplete will be returned for appropriate completion.

Refer to D.O.M. 54100 for instructions.

Inmate Appeals Coordinator
Richard J. Donovan Correctional Facility

**DATE:**             August 02, 2007

**NAME:**             Goudlock, J.

**CDC #:**            P-34125

**APPEAL #:**         RJD-5-07-01663              **FIRST LEVEL REVIEW**

**APPEAL DECISION:**  **DENIED**

**APPEAL ISSUE:**          You are alleging that custody staff were negligent in the performance of their duties, while you were housed on Facility One. Specifically, you allege that staff failed to honor your medical chrono, which ordered you to be housed on the bottom tier on the lower bunk. You claim that you fell and injured yourself while housed on the upper bunk. You claim that staff's actions placed your life in jeopardy. You are requesting that staff be held accountable for their actions. You are also requesting that you be monetarily compensated for pain and suffering. You further request that the staff involved be fined and that criminal charges be filed against them.

**APPEAL RESPONSE:**       In reaching a decision on this issue, a thorough review of your appeal has been conducted. The attached supporting documents, applicable sections of the California Code of Regulations (CCR), Title 15, and the Department Operations Manual have been reviewed.

I interviewed you on August 1, 2007, regarding your Inmate/Parolee Appeal, CDC 602 form. During the interview, you reiterated the same concerns outlined in your appeal.

I reviewed your housing history and found that you arrived at the Richard J. Donovan Correctional Facility on June 11, 2007. You were housed in Housing Unit 3, Cell 220U. On June 15, 2007, you were moved to Housing Unit 1, Cell 116L. I also reviewed your Comprehensive Accommodation Chrono (CDC 7410), dated June 11, 2007. The CDC 7410 was completed by Dr. R. Walsh, noting that you were to be housed in a lower bunk on a bottom tier. Your medical restrictions were satisfied on June 15, 2007.

I have found that staff were not negligent in the performance of their duties. Your medical restrictions were satisfied at the earliest possible opportunity. Your request for monetary compensation is not within the scope of the appeals process. You must exhaust the appeals process prior to seeking injunction from the courts.

Therefore, based on the aforementioned, your appeal is **DENIED** at the First Level of Review. Should you be dissatisfied with this response, you may submit your appeal to the Second Level of Review.


D. ARGUILEZ
Correctional Lieutenant
Facility I Program


E. A. CONTRERAS
Associate Warden
Housing, Facilities I & III

# INMATE APPEAL ROUTE SLIP

To: APPEALS

Date: August 15, 2007

From: INMATE APPEALS OFFICE

Re: Appeal Log Number RJD-5-07-01663 By Inmate GOUDLOCK, P34125

Please assign this appeal to appropriate staff for SECOND level response.

Appeal Issue: LIVING CONDITIONS
Due Date: 09/13/2007
Special Needs:

STAFF INSTRUCTIONS:
Second level appeals require a personal interview if not afforded at the first level. Begin your response with: GRANTED, DENIED, PARTIALLY GRANTED or WITHDRAWN. When complete, return to Appeals Office. Appeals that are incomplete will be returned to the responding staff for appropriate completion. Refer to D.O.M. 54100 for instructions.

Inmate Appeals Coordinator
Richard J. Donovan Correctional Facility

State of California Department of Corrections and Rehabilitation

# Memorandum

Date: September 18, 2007

To: Goudlock, J.
P34125
Richard J. Donovan Correctional Facility at Rock Mountain

Subject: **SECOND LEVEL APPEAL RESPONSE** **LOG NO.: RJD-07-1663**

**APPEAL ISSUE:**

It is the appellant's position that staff failed to assign him to a lower bunk/lower tier, which is consistent with the Comprehensive Accommodation Chrono (CDC 7410), dated on June 11, 2007, by R. Walsh, M.D. As a result, the appellant claimed that he fell and hurt himself from being assigned to a upper bunk on the upper tier. The appellant requested appropriate housing, monetary compensation and that the staff be fined and criminal charges be brought forth against them for their alleged unprofessional conduct.

As indicated by Associate Warden E. Contreras, this Inmate Appeal was granted in part at the First Level of Review, relative to being housed on the lower bunk/lower tier. This remedy was accomplished on June 15, 2007, when he was moved to Housing Unit 1, cell 116L. However, the appellant was not satisfied, as he is requesting staff be fined and criminal charges be brought forth against them for their alleged unprofessional conduct.

**INTERVIEWED BY:** D. Arguilez, Correctional Lieutenant on August 1, 2007 at the First Level of Review.

**REGULATIONS:** The rules governing this issue are California Code of Regulations (CCR), Title 15, Sections:

CCR 3004 – Rights and Respect

CCR 3391 – Employee Conduct

**APPEAL RESPONSE:**

A review of the "Effective Communication List for Inmates With Test of Adult Basic Education Reading Scores of 4.0 or Less" reveals that the inmate does not require assistance in order to achieve effective communication.

The appellant has failed to provide any evidence that staff deliberately brought harm to him by failing to perform their duties. In addition, the last requested remedy is out of the scope of the Appeals process.

GOUDLOCK, J., P34125
APPEAL NUMBER RJD-07-1663
PAGE 2


**APPEAL DECISION:** The appeal is denied at the Second Level of Review.


The appellant is advised that this issue may be submitted for a Director's Level of Review if desired.

Silvia H. Garcia
Chief Deputy Warden
California Department of Corrections and Rehabilitation
Richard J. Donovan Correctional Facility at Rock Mountain

RECEIVED JUL 12 2007 RICHARD J. DONOVAN CORR. FAC. APPEALS

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region — 1. — 2. RJD — 2. 07-1663

Category: 8 MED

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

FAC-5-22-238L

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Gaddock, Jacke | P-34125 | U/A | ~~FAC-1-116~~ 2 Low |

A. Describe Problem: ON 6-11-07 I ARRIVED HERE AT Richard J. Donovan FROM CRC, I NOTIFIED Medical STAFF OF MY INJURIES and my Medications I was CURRENTLY TAKING and The chrono's I.E. DOCTOR'S ORDER'S I WAS UNDER AT CRC. Medical STAFF HERE AT R.J.D Evaluated my Medical file and issued a chrono HERE HONORING MY PREVIOUS DOCTOR'S ORDER and after having a DOCTOR HERE at R.J.D Evaluate The Previous Orders issued a chrono of Lower Tier or Ground floor - Lower Bunk

If you need more space, attach one additional sheet. SEE ATTACHED SHEET

B. Action Requested: TO BE COMPENSATED IN MONITARY Value FOR PAIN, INJURIES and SUFFERING all STAFF NAMED and YET TO BE NAMED LATER TO BE FINED, CRIMINAL CHARGES FILED against all BY THE D.A. and all STAFF BE REPERMANED AND OR FIRED UPON FINDINGS OF MISCONDUCT AND THAT ALL ADMINISTRATIVE REMEDYS BE EXHAUSTED TO CLEAR WAY FOR FILING OF SUIT. IF SETTLEMENT CANNOT BE Reached.

Inmate/Parolee Signature: Jacke Gaddock P-34125 Date Submitted: July 1st -07

C. INFORMAL LEVEL (Date Received: ____________ )

Staff Response: ______

BYPASS

Staff Signature: ______ Date Returned to Inmate: ______

RECEIVED SEP 28 2007 INMATE APPEALS BRANCH

D. FORMAL LEVEL

If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

BYPASS

Signature: ______ Date Submitted: ______

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: 07-1663

First Level ☐ Granted ☐ P. Granted ☒ Denied ☐ Other

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: JUL 1 2 2007 Due Date: AUG 2 3 2007

Interviewed by:

SEE ATTACHED

Staff Signature: [signature] Title: LT. Date Completed: 8/02/07

Division Head Approved: Returned

Signature: [signature] Title: [signature] Date to Inmate: AUG 1 0 2007

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

Both Staff Members must Be Suffering from The Same Sort of Denial Syndrome. My Medical Restrictions were only met After I fell, and only Then Did Staff Search for A lower Tier lower Bunk, The facts Are clear, Any Idiot can see This is A Blatant lie By Staff To cover up Their obvious lack of Professionalism

Signature: [signature] D-34125 Date Submitted: 8-14-07

Second Level ☐ Granted ☐ P. Granted ☒ Denied ☐ Other

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: AUG 1 5 2007 Due Date: SEP 1 3 2007

☒ See Attached Letter

Signature: M. Stout, [signature] Date Completed: 9/18/07

Warden/Superintendent Signature: [signature] Date Returned to Inmate: SEP 2 1 2007

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response. I Am dissatified - #1 Both 1st & 2nd level fail to Acknowledge That had I Not Fell off my top Bunk I would have Not Been moved. #2. The fact That Staff forced Me To Enter The cell in The First Place and Therefore Totally Disregarding Valid Doctor's orders And Knowingly And willingly violating my civil Rights Against cruel and unusual Punishment. #3. R.J. Donovan's own institutional Roster will show That on 6-11-07 There were lower tier lower Bunks Available. But Because it was close to shift change No one wanted to take Time to check. I Have injuries That will stay with me for The Rest of my life I have injured Siatic Nerve Damage To my Right Thigh. An Investigation of Misconduct which is Just can Not Be conducted in A Two week Period

Signature: [signature] D-34125 Respectfully Submitted. Date Submitted: 9-25-07

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted ☐ P. Granted ☒ Denied ☐ Other

☒ See Attached Letter

Date: DEC 2 2 2007

CDC 602 (12/87)

and is also marked clearly Bottom Bunk and is also marked Permenant. Said chrono clearly states, This form shall be Honored as a Permenant chrono at all Institutions, Said chrono is clearly signed by currently employed medical staff here at R.J.D. Doctor, Robee Walker, and clearly dated, so there could be no mistake or issue about it's authanticity. I was essorted to Fac-One-Bld-3, upon entering the building I encountered C/O Thompson and a male C/O slighty obesse elderly whom I could not obtain his name but I'm sure institutional duty roster can clear this matter up. 3rd watch, Fac-1-Bld-3-6-11-07 when both C/O's told me I was to be housed on the top floor and on a top bunk I informed them of my medical chrono, the male C/O said "let me see it" and I handed it to him-he read it and snorted, and replied "yeah well, do you know how many people got chrono's in here?" I replied that is nieither my concern or my business, my concern is for my health and safety I need a bottom floor-bottom bunk, at this time C/O Thompson said there is no bunk open, listen you'll only be here two days and you'll be transferred to the 5 yard (which was on at right lip) I told them no, I'm 300+ and I have back injuries, I need a bottom bunk, it was then that the male C/O threatend me, to push his personal alarm and have me put in the hole, and this is where the law and my rights were violated, I charge under penalty of perjury that C/O's Thompson and her male partner knowingly and willfully violated Doctor's orders and by do so maliciously intended to place my life and health in jeopardy on

6-11-07, TO 6-15-07 I WAS Made TO live IN DANGER, I COMPLAINED TO SGT CRUZ OF WHOM I ALSO NAME and CHARGE He MAde NO ACTION TO HELP, I ASKED C/O'S HAMIL, TyRell EVEN The CCI OF THE UNIT, NOBody Would DO NOTHING, ONE C/O A BLACK OFFICER WHO WORKS 2Nd OR 3Rd WATCH IN Bld 3, Told me "This IS A SELF SERVE PRISON, AFTER I TRIED TO Show HER my CHEAsd I also charge HER too, She made this Statment 2nd W - ON 6-12 OR 13, 07. NO ONE TRIEd until 6-15-07 I fell off The TOP BUNK Severely Injuring my LEFT FOOT, Slicing OPEN The little TOE I WAS TAKEN By Ambulance TO Hospital I ReINJURED my LOWER Back SPRAIN my FOOT VERY Badly, UPON BEING EXAMINED at The Clinic The Doctor Stated I could have BEEN Killed. I Am IN CONSTANT PAIN also I INJURED my Right thigh, with Several BRUISES. I'M SUFFERING DUE TO STAFF GROSS NEGLECT and Delibarate INDIFFERENCE TOWARDS my Safty all IGNORED my pleas FOR Help until TO late I Also charge L.T WALKER IT HAPPEND ON his Watch, FURTHER MORE I am a LEVEL ONE INMATE With a placement Score OF 8 POINTS, Made - FORCED TO cell With an INMATE WITH life. I Could have BEEN Killed By STAFF'S lack OF Judgment and UNprofessionalism.

[signature] P-34125

FAC-1-1-116 LOW

July-1st-2007

I HAVE SINCE MOVED TO FAC-5-22-238LOW

9-24-07

#2 Supplemental Report to 2nd level Response and 3rd level Reponse.

By Staff's actions of placing me in the cell 220 up violated DR's orders, They make no attempt what so ever to accomodate my medical needs, Before Hand. Thus there actions alone warrant misconduct on there Behalf,

FACT 2 Correctional Lieutenant D, Arguilez, statments attemps to spit the truth, see first level Responce, He states that my medical Restrictions were satisfied on June 15-07, as if this was Done Before any incident occured, This is a un-truth, in fact, I was only moved after the Doctor called custody staff in my presence and told them I could have been killed That I have a sleeping Disorder an argument ensued Between DR, Walsh and the Sgt on 2nd watch at the clinic, it was then, and only then, that LT Walker instructed C/O Tyrell to find me a cell Before shift change on 3rd watch 6-15-07

That was how my cell move come about, after the fact, not Before, as LT D, Arguilez tries to make it seam, See attached supplemental sheet #3 once again it was after the accident not Befor.

[signature]
P-34125
Fac-5-22-238 Low

CALIFORNIA PENAL CODE

118.1 PEACE OFFICER, filing false Reports. Any Peace officer who files any Report with The Agency who Employes HIM OR HER Reguarding The commission of any crime or any investigation of any crime if He or she knowingly and intenionally makes any statement Reguarding any matter material in the Report which the officer knows to be false weather or not The statement is certified or otherwise expresly Reported as true is guilty of filing a false Report, punishable by imprisonment in the county Jail for up to one year or in state prison for one, two, or three years

It is my opioin that LT Arevilez is guilty of filing a false Report see attached.

I have made copies of said statements and communicated them to the San Diego county District Attorney's office for investigation, of criminal misconduct, Along with copies also of this Report of my civil Rights Being violated. By peace officer staff,

Jace Mandlock
P-31125
FAC-5-22-238 Low

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

FILED
FEB - 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

2254 1983 ✓
FILING FEE PAID Yes No ✓
IFP MOTION FILED Yes ✓ No
COPIES SENT TO Court ✓ ProSe ✓

I (a) PLAINTIFFS

**Jacie Lee Goudlock Jr.**

DEFENDANTS

**Garcia, et al**

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

**Jacie Lee Goudlock Jr.**
**PO Box 799005**
**San Diego, CA 92179**
**P-34125**

ATTORNEYS (IF KNOWN)

'08 CV 0204 BEN RBB

II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III

III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX (For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

**42 U.S.C. 1983**

V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

CONTRACT: ☐ 110 Insurance; ☐ Marine; ☐ Miller Act; ☐ Negotiable Instrument; ☐ 150 Recovery of Overpayment &Enforcement of Judgment; ☐ 151 Medicare Act; ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans); ☐ 153Recovery of Overpayment of Veterans Benefits; ☐ 160 Stockholders Suits; ☐ Other Contract; ☐ 195 Contract Product Liability

REAL PROPERTY: ☐ 210 Land Condemnation; ☐ 220 Foreclosure; ☐ 230 Rent Lease & Eiectmant; ☐ 240 Tort to Land; ☐ 245 Tort Product Liability; ☐ 290 All Other Real Property

TORTS — PERSONAL INJURY: ☐ 310 Airplane; ☐ 315 Airplane Product Liability; ☐ 320 Assault, Libel & Slander; ☐ 330 Federal Employers' Liability; ☐ 340 Marine; ☐ 345 Marine Product Liability; ☐ 350 Motor Vehicle; ☐ 355 Motor Vehicle Product Liability; ☐ 360 Other Personal Injury

PERSONAL INJURY: ☐ 362 Personal Injury-Medical Malpractice; ☐ 365 Personal Injury - Product Liability; ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY: ☐ 370 Other Fraud; ☐ 371 Truth in Lending; ☐ 380 Other Personal Property Damage; ☐ 385 Property Damage Product Liability

CIVIL RIGHTS: ☐ 441 Voting; ☐ 442 Employment; ☐ 443 Housing/Accommodations; ☐ 444 Welfare; ☐ 440 Other Civil Rights

PRISONER PETITIONS: ☐ 510 Motions to Vacate Sentence Habeas Corpus; ☐ 530 General; ☐ 535 Death Penalty; ☐ 540 Mandamus & Other; ☒ 550 Civil Rights

FORFEITURE/PENALTY: ☐ 610 Agriculture; ☐ 620 Other Food & Drug; ☐ 625 Drug Related Seizure of Property 21 USC881; ☐ 630 Liquor Laws; ☐ 640 RR & Truck; ☐ 650 Airline Regs; ☐ 660 Occupational Safety/Health; ☐ 690 Other

LABOR: ☐ 710Fair Labor Standards Act; 720 Labor/Mgmt. Relations; ☐ 730 Labor/Mgmt. Reporting & Disclosure Act; ☐ 740 Railway Labor Act; ☐ 790 Other Labor Litigation; ☐ 791 Empl. Ret. Inc. ☐ Security Act

BANKRUPTCY: ☐ 422 Appeal 28 USC 158; ☐ 423 Withdrawal 28 USC 157

PROPERTY RIGHTS: ☐ 820 Copyrights; ☐ 830 Patent; ☐ 840 Trademark

SOCIAL SECURITY: ☐ 861 HIA (13958); ☐ 862 Black Lung (923); ☐ 863 DIWC/DIWW (405(g)); ☐ 864 SSID Title XVI; ☐ 865 RSI (405(g))

FEDERAL TAX SUITS: ☐ 870 Taxes (U.S. Plaintiff or Defendant); ☐ 871 IRS - Third Party 26 USC 7609

OTHER STATUTES: ☐ 400 State Reappointment; ☐ 410 Antitrust; ☐ 430 Banks and Banking; ☐ 450 Commerce/ICC Rates/etc.; ☐ 460 Deportation; ☐ 470 Racketeer Influenced and Corrupt Organizations; ☐ 810 Selective Service; ☐ 850 Securities/Commodities Exchange; ☐ 875 Customer Challenge 12 USC; ☐ 891 Agricultural Acts; ☐ 892 Economic Stabilization Act; ☐ 893 Environmental Matters; ☐ 894 Energy Allocation Act; ☐ 895 Freedom of Information Act; ☐ 900 Appeal of Fee Determination Under Equal Access to Justice; ☐ 950 Constitutionality of State; ☐ 890 Other Statutory Actions

VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding ☐ 2 Removal from State Court ☐ 3 Remanded from Appelate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

VII. REQUESTED IN COMPLAINT: ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 DEMAND $ Check YES only if demanded in complaint: JURY DEMAND: ☐ YES ☐ NO

VIII. RELATED CASE(S) IF ANY (See Instructions): JUDGE Docket Number

DATE 2/1/2008 ~~SIGNATURE OF ATTORNEY OF RECORD~~

CR