FILED
MAY - 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Jacie Lee Goudlock )  Civil No. 3:08-cv-00204-BEN-RBB
                    )  REQUEST FOR APPOINTMENT OF
                    )  COUNSEL UNDER THE CIVIL RIGHTS
        v.          )  ACT OF 1964, 42 U.S.C. 2000e 5(f)(1);
                    )  DECLARATION IN SUPPORT OF
WARDEN Robert Hernandez )  REQUEST
       ET AL        )

1.   I, the plaintiff in the above-entitled employment discrimination action, request that the court appoint an attorney to represent me in this matter. In support of this request, I state as follows:

   A.   my claim is meritorious (that is, I have a good case), and

   B.   I have made a reasonably diligent effort to obtain counsel, and

   C.   I am unable to find an attorney willing to represent me on terms that I can afford / due to complex Nature of issues and scope of complaints

2.   A copy of the Notice-of-Right-to-Sue-Letter I received from the ~~Equal Opportunity Commission~~ Gov't Claims Program is attached to the complaint which accompanies this request for counsel.

3.   A.   Does the Notice-of-Right-to-Sue-Letter show that the Commission found "no reasonable cause" to believe the allegations made in your charge were true?

        ___ Yes      ✗ No

1  IF YOUR ANSWER IS "YES," YOU MUST ATTACH A COPY OF THE
2  COMMISSION'S INVESTIGATIVE FILE TO THIS REQUEST AND ANSWER QUESTIONS B
3  AND C.
4          B.      Do you question the correctness of the Commission's "no reasonable cause"
5  determination?
6          ____ Yes          ____ No
7          C. If you answered "yes" to question 3B, what are your reasons for questioning the
8  Commission's determination? Be specific and support your objections with fact. Do not simply
9  repeat the allegations made in your complaint; the court will review your complaint in considering this
10 request for counsel.

*Claims Board is supportive and recommended filing of civil claims in federal court.*

28 (Attach additional sheets as needed)

::ODMA\PCDOCS\WORDPERFECT\23126\1 May 27, 1999 (3:47pm)                    2

1   4.   Have you talked with any attorney about handling your claim?
2         X  Yes        ___ No
3        If "YES," give the following information about each attorney with whom you talked:
4   Attorney: _Federal Defenders San Diego_____
5   When: _____
6   Where: _____
7   How (by telephone, in person, etc.): _Telephone_
8   Why attorney was not employed to handle your claim: _Claimed to only
9   represent Criminal defendants_
10  _____
11
12  Attorney: _Public Defenders office_____
13  When: _____
14  Where: _____
15  How (by telephone, in person, etc.): _telephone_
16  Why attorney was not employed to handle your claim:
17  _Represent only criminal defendants_
18  _____
19
20  Attorney: _STATE BAR_____
21  When: _____
22  Where: _____
23  How (by telephone, in person, etc.): _Mail_
24  Why attorney was not employed to handle your claim:
25  _Recommendations / referrals only_
26  _____
27
28  (Attach additional sheets as needed)

::ODMA\PCDOCS\WORDPERFECT\23126\1  May 27, 1999 (3:47pm)         3

5. Explain any other efforts you have made to contact an attorney to handle your claim: Letters via U.S. mail to other referral agencies. SEE letter enclosed FROM L.R.I.S. DATED 12-28-2007. SEE EXHIBIT # A

6. Give any other information which supports your application for the court to appoint an attorney for you: This case will result in trial/legal deliberation involving Acts/Equal Protection clause of Constitution provides me with the rights to Counsel. I am indigent. This is complex litigation and defendants are represented by STATE D.A. a legal professional - I am not and prejudiced in these proceedings without professional counsel.

7. Give the name and address of each attorney who has represented you in the last 10 years for any purpose: Judith Greenburg - Deputy Public Defender, on Case # BA178585 in L.A. Superior Central Dept 118 on 3-18-99. I've been incarcerated going on 10 years. I was sentenced to 9 years @ 80. Then on 6-4-2004 caught a case while still incarcerated and took a deal for 6 years w/ 80 case # FCH06325 SBD county.

(Attach additional sheets as needed)

8. I cannot afford to obtain a private attorney. The details of my financial situation are listed below:

    A. <u>Employment</u>

Are you employed now? ___ yes ___ no _X_ am self-employed

Name and address of employer: Incarcerated and 100% indigent

Please review IFP Documents filed in this case

1  If employed, how much do you earn per month? _____

2  If not employed, give month and year of last employment: _____

3  How much did you earn per month in your last employment? _____

4  If married, is your spouse employed? ___ yes ___ no

5  If "YES," how much does your spouse earn per month? _____

6  If you are a minor under age 21, what is your parents' or guardians' approximate monthly

7  income? _____

8

9       B.    Assets

10           (i)    Other Income

11  Have you received within the past 12 months any income from a business, profession or other

12  form of self-employment, or in the form of rent payments, interest, dividends, retirement of annuity

13  payments or other sources? ____ yes ____ no

14  If "YES," give the amount received and identify the sources:

15           $ Received                                Source

16  _____

17  _____

18  _____

19  _____

20  _____

21  _____

22  _____

23

24       Motion to proceed

25           IFP

26                Filed

27

28  (Attach additional sheets as necessary)

| | |
|---|---|
| 1 | (ii)  Cash |
| 2 | Have you any cash on hand or money in savings or checking accounts? ___ yes ___ no |
| 3 | If "YES," state total amount: _____ |
| 4 | (iii)  Property |
| 5 | Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property |
| 6 | (excluding ordinary household furnishings and clothing)? ___ yes ___ no |
| 7 | If "YES," give value and describe it: |
| 8 | Value                                              Description |
| 9 | _____ |
| 10 | _____ |
| 11 | _____ |
| 12 | _____ |
| 13 | _____ |
| 14 | _____ |
| 15 | C.  Obligations and Debts |
| 16 | (i)  Dependents |
| 17 | Your marital state is: ___ single ___ married ___ widowed, separated or divorced. |
| 18 | Your total number of dependents is : _____ |
| 19 | List those person you actually support, your relationship to them, and your monthly |
| 20 | contribution to their support: |
| 21 | Name/Relationship                             Monthly Support Payment |
| 22 | _____ |
| 23 | _____ |
| 24 | _____ |
| 25 | _____ |
| 26 | _____ |
| 27 | _____ |
| 28 | _____ |

Handwritten annotation: *Motion to proceed IFP filed*

| | | | |
|---|---|---|---|
| 1 | | (ii)   Debts and Monthly Bills | |
| 2 | List all creditors, including banks, loan companies and charge accounts, etc. | | |
| 3 | Creditor | Total Debt | Monthly Payment |

Rent: _N/A_

Mortgage on Home: _N/A_

Others: _N/A_

*Motion for IFP filed*

*I am 100% indigent without income or assets.*

J.L.G.

9. Signature

I declare under penalty of perjury that the above is true and correct.

Dated: 5/2/08

_Jacie L Hardlod Jr_
Signature

(Notarization is not required)

 

**Victim Compensation & Government Claims Board**

STATE OF CALIFORNIA
ARNOLD SCHWARZENEGGER, Governor

GOVERNMENT CLAIMS PROGRAM
400 R Street, 5th Floor ♦ Sacramento, California 95811
Mailing Address: P.O. Box 3035 ♦ Sacramento, California 95812
Toll Free Telephone Number 1-800-955-0045 ♦ Fax Number: (916) 491-6443
Internet: www.vcgcb.ca.gov

ROSARIO MARIN
Secretary
State and Consumer Services Agency
Chairperson

JOHN CHIANG
State Controller
Board Member

MICHAEL A. RAMOS
San Bernardino County District Attorney
Board Member

KAREN McGAGIN
Executive Officer

Jacie Goudlock p34125
P.O. Box 799005
San Diego, CA  92179-9005

December 06, 2007

RE:  Claim G571429 for Jacie Goudlock, p34125

Dear Jacie Goudlock,

The Victim Compensation and Government Claims Board (VCGCB) received your claim on November 20, 2007.

Based on its review of your claim, Board staff believes that the court system is the appropriate means for resolution of these claims, because the issues presented are complex and outside the scope of analysis, and interpretation typically undertaken by the Board. The claim has been placed on the consent agenda.  The VCGCB will act on your claim at the January 17, 2008 hearing. You do not need to appear at this hearing. The VCGCB's rejection of your claim will allow you to initiate litigation should you wish to pursue this matter further.

If you have questions about this matter, please mention letter reference 99 and claim number G571429 when you call or write your claim technician/analyst at (800) 955-0045.

Sincerely,

Government Claims Program
Victim Compensation and Government Claims Board

cc:  B-23 Corrections and Rehabilitation, Attn: Donna Corbin

   Ltr 99 Complex Issue Reject



STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

# DIRECTOR'S LEVEL APPEAL DECISION

Date: DEC 2 2 2007

In re: Jacie Goudlock, P34125
Richard J. Donovan Correctional Facility
  at Rock Mountain
P.O. Box 799006
San Diego, CA 92179-9005

IAB Case No.: 0709623          Local Log No.: RJD-07-01663

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner V. O'Shaughnessy. All submitted documentation and supporting arguments of the parties have been considered.

**I  APPELLANT'S ARGUMENT:** It is the appellant's position that staff failed to assign him to a lower bunk/lower tier, which is consistent with his Comprehensive Accommodation Chrono dated June 11, 2007. As a result, the appellant claimed that he fell and hurt himself from being assigned to an upper bunk on the upper tier. The appellant is requesting appropriate housing, monetary compensation and that the staff be fined and criminal charges be brought forth against them for their alleged unprofessional conduct.

**II  SECOND LEVEL'S DECISION:** The reviewer found that the appellant was moved to Housing Unit 1, cell 116L, on June 15, 2007. The Second Level of Review (SLR), signed by Dr. Arguilez, Correctional Lieutenant, Facility 1 Program and E. A. Contreras, Associate Warden, Housing, Facilities I and III, sates that staff were not negligent in the performance of their duties. The appellant's medical restrictions were satisfied at the earliest possible opportunity. The appellant's request for monetary compensation is not within the scope of the appeals process. He must exhaust the appeals process prior to seeking an injunction from the courts. The appeal was denied at the SLR on September 18, 2007.

**III  DIRECTOR'S LEVEL DECISION:** Appeal is denied.

  **A. FINDINGS:** The Director's Level of Review reviewed the appellant's appeal complaint and the SLR response. The appellant arrived at R.J. Donovan Correctional Facility (RJD) on June 11, 2007. The SLR stated that the appellant was moved into the appropriate housing at the earliest possible opportunity. On June 15, 2007, he was moved into the lower bunk/lower tier. The appellant's medical restrictions were satisfied on June 15, 2007. The issues on appeal have been addressed. No modification to the SLR is warranted.

  This decision exhausts the administrative remedy available to the appellant within CDCR. If dissatisfied, the appellant may forward this issue to the California Victims Compensation and Government Claims Board (formerly known as the State Board of Control), Government Claims Unit, P.O. Box 3035, Sacramento, CA 95812-3035, for further review.

  **B. BASIS FOR THE DECISION:**
  California Code of Regulations, Title 15, Section: 3350, 3354

  **C. ORDER:** No changes or modifications are required by the Institution.

JACIE GOUDLOCK, P34125
CASE NO. 0709623
PAGE 2

This decision exhausts the administrative remedy available to the appellant within CDCR. If dissatisfied, the appellant may forward this issue to the California Victims Compensation and Government Claims Board, (formerly known as the State Board of Control), Government Claims Unit, P.O. Box 3035, Sacramento, CA 95812-3035, for further review.

N. GRANNIS, Chief
Inmate Appeals Branch

cc:   Warden, RJD
      Health Care Manager, RJD
      Appeals Coordinator, RJD
      Medical Appeals Analyst, RJD

**LEGAL AID SOCIETY OF SAN DIEGO, INC.**
Office of the Public Attorney
110 South Euclid Avenue
San Diego, California 92114
Telephone: 877.534.2524
Facsimile: 619.263.5697
www.lassd.org

DON G. RUSHING, ESQ.
President, Board of Directors
PAMELA M. PARKER, ESQ.
President-elect, Board of Directors
GREGORY E. KNOLL, ESQ.
Executive Director/Chief Counsel



EXHIBIT # A

December 5, 2007

Jacie L. Gadlock Jr P-34125
R.J. Donovan State Prison
FAC-5-22-144Low
P.O. Box 799005
San Diego, CA 92179-9005

Dear Mr. Gadlock:

We are in receipt of your request for assistance. Unfortunately, according to our guidelines, we are not allowed to provide services to people who are incarcerated. You need to contact the following agency for assistance or referral:

> San Diego County Bar Association
> Lawyer Referral Service
> 1333 Seventh Avenue
> San Diego, CA 92101
> (619) 231-8585

Sincerely,

LEGAL AID SOCIETY OF SAN DIEGO, INC.

Intake Unit

s:\secretary\referral letter

LSC



"Partially funded by the City of San Diego Community and Economic Development Department"

*Evidence of trying to obtain a lawyer.*

EXHIBIT A

# LRIS
## LAWYER REFERRAL & INFORMATION SERVICE
Of the San Diego County Bar Association

THE BAR CENTER
1333 Seventh Avenue
San Diego, CA 92101-4309
(619) 231-8585
FAX (619) 696-3987

---

December 28, 2007

Jacie L. Goudlock Jr. P-34125
R.J. Donovan state Prison
FAC-5-22-144 low
P.O. Box 79005
San Diego, Ca 92179-9005

Dear Mr. Goudlock:

Thank you, for contacting the Lawyer Referral & Information Service of the San Diego County Bar Association. Unfortunately we have not been able to identify an attorney who is available to represent you. I am enclosing other referral services you may contact, to see if they can refer you to an attorney who would be able to assist you with your case.

| | |
|---|---|
| East San Diego County LRS<br>275 E. Douglas Ave. Suite 104<br>El Cajon, CA 92020-4545 | North County Bar Assoc. LRS<br>P. O. Box 2802<br>Vista, CA 92085-2802 |
| South Bay Lawyer Referral Service<br>230 Glover Ave., Suite I<br>Chula Vista, CA 91910-2607 | Attorney Referral Service<br>501 W. Broadway Plaza A<br>San Diego, CA 92101-3562 |

Sincerely,
Gina
LRIS Counselor