Jacie Lee Gadlock JR
NAME

P.O. Box 799005 F5-21-119 Low
ADDRESS

SAN DIEGO CA 92179-9001
CITY, STATE, ZIP

P-31125
(CDC INMATE NO)

FILED

2008 AUG 11 PM 3:10

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

_____ RM _____ DEPUTY

NUNC PRO TUNC

AUG -8 2008

United States District Court
Southern District of California

Jacie Lee Gadlock JR

    Plaintiff

V.

Thompson, Correctional Officer
And unknown C/O.
Cruz, Correctional Sergeant
Unknown C/O's (3) on 1st Watch Building #3 on 6-15-07
L. Peterson, Registered Nurse

    Defendant(s)

Civil Case No. 3:08-CV-00204-BEN-RBB.

Motion for Appointment of Counsel...

Pursuant to 28 U.S.C. § 1915(e)(1) Plaintiff (or Plaintiffs) moves for an order appointing counsel to represent him in this case. In support of this motion, Plaintiff states:

1. Plaintiff is unable to afford counsel. He has requested leave to proceed in Forma Pauperis

2. Plaintiff's imprisonment will greatly limit his ability to litigate. The issues involved in this case are complex, and will require significant research and investigation. Plaintiff has limited access to the law library and a very limited knowledge of the law.

3. A trial in this case will likely involve conflicting testimony, and counsel would better enable Plaintiff to present evidence and cross examine witnesses.

4. Plaintiff Has made Repeated efforts to obtain a lawyer Attached to this motion are exhibits #A. B.

8-6-08
DATE

_Jacie Lee Gadlock Jr_   P-34125
SIGNATURE PRINT NAME BELOW

P.O. Box 799005 FS-21-118Low   San Diego Ca 92179.
ADDRESS

Jacie Lee Gadlock Jr
P-34125

My Mother Betty Goodlock spoke to you via phone on 7-25-08

7-26-08

Dear Ms Provost,

EXHIBIT A.

I've enclosed every thing I've sent the court and what they sent me, I've done all I can do. But I know someone more knowledgeable such as your self can win this case, the evidence is all there, there's no denying it. August 15th 2008 is the deadline on the 45 days court order, and of course I hope you handle or take my case but it will have to be on a contingency basis as neither I nor my family has any money. Please help me Ms Provost, I've been searching for help since 2007 in June, nobody will take a chance, when I mention the state they all run like rats on sinking ship. My pain is real, my back and my joints are still messed up. They've taken me to this specialist at Alvarado twice she specializes in joints and ligaments, please let me know something soon I'm waiting to re submit my case until I hear from you.

Sincerely,
Jackie Lee Goodlock Jr P-34125
RJ Donovan State Prison
Fac 5-21-118 Low
P.O. Box 799005
San Diego Ca 92179-9005

C1 - Note the two different times

On the medical treatment form, the RN asked me to fill that out after to cover her butt.

P.S. A friend filled out the first motion to the court, the one that got rejected cause I didn't know all what to do.

# MARY FRANCES PRÉVOST
### ATTORNEY AT LAW



*National Association of Criminal Defense Lawyers * Board of Directors: San Diego Criminal Defense Bar Association (1997-2004) * National College for Dui Defense * California Attorneys for Criminal Justice * California Public Defender's Association * California DUI Defense Lawyers Association * North County Criminal Defense Bar Association * Consumer Attorneys of San Diego * American Inns of Court * Federal Bar Association * International Criminal Defence Attorneys Association * American Trial Lawyers Association*

July 30, 2008

Jacie C. Gadlock
P-34125
R.J. Donovan Correctional Center
FAC-5-21-118 Low
P. O. Box 79905
San Diego, California 92179-9005

Dear Mr. Gadlock:

    I have reviewed your federal complaint and Judge Benitez's decision dismissing the action without prejudice.

    Having reviewed these documents and the accompanying medical records, I will be declining to take this case. The medical records provided to me suggest damages too limited in scope for me to take on representation of a case as difficult and time consuming as federal civil rights cases are.

    If you wish to proceed, I suggest you file a new Complaint and add the facts in the complaint suggested by Judge Benitez.

    Good luck to you in the future.

Sincerely,

Mary Frances Prevost

---

**ORANGE COUNTY**
82 Discovery
Irvine, California 92618
Tele: (866) 464-6662

**LOS ANGELES**
One North [illegible] Drive
Beverly Hills, California 90210
Tele: (866) 464-6662
E-MAIL: MP02R@AOL.COM

**SAN DIEGO**
402 West Broadway, Ste 950
San Diego, California 92101
Tele: (619) 692-9001

WEBSITE: HTTP://KIMDPDEFENSEATTORNEY.COM
FAX: (619) [illegible] 0726